UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LOKI RODRIGUEZ,

                Plaintiff,

-against-

NEW YORK POLICE DEPARTMENT,

                Defendant.

25-CV-3889 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

    By order dated May 15, 2025, the Court directed Plaintiff, within thirty days, to resubmit the signature page of the complaint with an original signature. That order specified that failure to comply would result in dismissal of the complaint. Plaintiff has not submitted the signed signature page, and the time to do so has expired. Accordingly, the complaint is dismissed without prejudice. *See* Fed. R. Civ. P. 11(a).

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

    The Clerk of Court is directed to enter judgment in this matter.

SO ORDERED.

Dated:  June 16, 2025
         New York, New York

                                  /s/ Laura Taylor Swain
                                    LAURA TAYLOR SWAIN
                              Chief United States District Judge