UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LOKI RODRIGUEZ,

                Plaintiff,

-against-

NEW YORK POLICE DEPARTMENT.,

                Defendant.

25 CIVIL 3889 (LTS)

CIVIL JUDGMENT

    For the reasons stated in the June 17, 2025, order, this action is dismissed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: June 18, 2025
         New York, New York

                                      /s/ Laura Taylor Swain
                                      LAURA TAYLOR SWAIN
                                  Chief United States District Judge